**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 25-2138**

───────────────

In re:  LARONE FREDERICK ELIJAH,

       Petitioner.

───────────────

On Petition for Writ of Mandamus to the United States District Court for the District of South Carolina, at Beaufort.  (9:20-cv-03040-JD)

───────────────

Submitted:  October 23, 2025                    Decided:  November 25, 2025

───────────────

Before GREGORY and WYNN, Circuit Judges, and FLOYD, Senior Circuit Judge.

───────────────

Petition denied by unpublished per curiam opinion.

───────────────

Larone Frederick Elijah, Petitioner Pro Se.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larone Frederick Elijah petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his 28 U.S.C. § 2241 petition following this court's 2023 remand of this case to the district court with instructions to conduct de novo review of Elijah's objections to the magistrate judge's report and recommendation. In light of the perceived delay, Elijah requests that we address the merits of his § 2241 petition. Our review of the district court's docket reveals that on June 13, 2023, the district court conducted de novo review of Elijah's objections, adopted the magistrate judge's recommendation, and dismissed Elijah's § 2241 petition. *Elijah v. Dobbs*, No. 9:20-cv-03040-JD (D.S.C. June 13, 2023). Accordingly, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*